# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN V. PUZZO  
2449 KOBEL COURT  
ROCKFORD, IL  61102

SSN-xxx-xx-2448

Case Number: 07-70245

Case filed on: 2/6/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,475.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,000.00 | 2,000.00 | 23.38 | 0.00 |
|  | Total Legal | 2,000.00 | 2,000.00 | 23.38 | 0.00 |
| 005 | SAXON MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN V. PUZZO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICREDIT | 18,307.73 | 18,307.73 | 764.44 | 1,018.53 |
| 002 | CAPITAL ONE AUTO FINANCE | 27,208.34 | 26,645.00 | 1,062.15 | 1,328.08 |
| 003 | OCWEN LOAN SERVICING LLC | 2,283.13 | 2,283.00 | 0.00 | 0.00 |
| 004 | SAXON MORTGAGE SERVICES INC | 13,399.26 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 61,198.46 | 47,235.73 | 1,826.59 | 2,346.61 |
| 002 | CAPITAL ONE AUTO FINANCE | 0.00 | 563.34 | 0.00 | 0.00 |
| 006 | WINNEBAGO COUNTY CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AT & T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 2,246.32 | 2,246.32 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,386.18 | 1,386.18 | 0.00 | 0.00 |
| 010 | ROUNDUP FUNDING LLC | 300.00 | 300.00 | 0.00 | 0.00 |
| 011 | COMMONWEALTH EDISON COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ENCORE RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 1,581.26 | 1,581.26 | 0.00 | 0.00 |
| 015 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NICOR GAS | 573.27 | 573.27 | 0.00 | 0.00 |
| 018 | ROCK RIVER WATER RECLAMATION | 103.88 | 103.88 | 0.00 | 0.00 |
| 019 | ROCKFORD WATER DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | TRANSWORLD SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | TSYS TOTAL DEBT MANAGEMENT INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CAPITAL ONE | 701.35 | 701.35 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 4,089.13 | 4,089.13 | 0.00 | 0.00 |
| 024 | ECAST SETTLEMENT CORPORATION | 1,127.81 | 1,127.81 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 989.64 | 989.64 | 0.00 | 0.00 |
|  | Total Unsecured | 13,098.84 | 13,662.18 | 0.00 | 0.00 |
|  | Grand Total: | 76,297.30 | 62,897.91 | 1,849.97 | 2,346.61 |

Total Paid Claimant:    $4,196.58  
Trustee Allowance:      $278.42  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008          By  /s/Heather M. Fagan